

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-20-00390-CV

**IN RE ONESIMO M. MEDINA**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-05475
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez

The real party in interest's motion for extension of time to file a response is GRANTED. The response is due on or before **September 1, 2020.**

Entered this 21st day of August, 2020

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court